■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES MAMOLA, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein. P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ GOTHAM OPERATING CO., INC., Respondent, v. FEUER HIDE AND SKIN CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Frank, McNally and Stevens, JJ.

■ FRANK N. MORGENSTERN et al., Appellants, v. WEBB & KNAPP, INC., Respondent.— The agreement herein involved is ambiguous and the affidavits submitted are insufficient to establish what the parties actually intended. However there may be evidence available which possibly might resolve the ambiguity. The order appealed from is modified on the law so as to strike therefrom the paragraph granting defendant's motion for summary judgment dismissing the complaint and directing that judgment be entered thereon. As thus modified the order is affirmed. The judgment entered pursuant to the order granting summary judgment is vacated. No costs. Settle order. Concur — Botein, P. J., Rabin, Frank, McNally and Stevens, JJ.

■ ANGELICA ELIASCO, Appellant, v. THEODORE J. ELIASCO, Respondent.— Upon this complaint the court is constrained to affirm the judgment appealed from, with costs to the respondent, without prejudice to any action, equitable or otherwise, which plaintiff may be advised to take. Concur — Botein, P. J., Rabin, Frank, McNally and Stevens, JJ.

■ In the Matter of MATRO CORP., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— The record is incomplete concerning matters which are in dispute. Under the circumstances, the order appealed from is unanimously modified on the law and facts and the matter is remitted to the Rent Administrator for the purpose of completing the record and holding a hearing thereon. No costs. Settle order. Concur — Botein, P. J., Rabin, Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ENRICO PORCARO, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Rabin, Frank, McNally and Stevens, JJ.

■ In the Matter of GRAMERCY COMPANY, Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants.— Order unanimously reversed on the facts, with costs to the appellants, and the assessment in the amount of $300,000 is reinstated. The total assessment value is justified by the record. Settle order. Concur — Botein, P. J., Rabin, Frank, McNally and Stevens, JJ.

■ COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. JOSEPH NESTASI, Appellant.— Order of filiation reversed on the law and the facts and the proceeding is dismissed, without costs of this appeal to either party. The evidence in this case is not so clear, convincing and entirely satisfactory as to sustain an order of filiation in a proceeding of this character. All concur, except Frank and McNally, JJ., who dissent and vote to affirm the order. Present — Botein, P. J., Rabin, Frank, McNally and Stevens, JJ.